RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 22a0262p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

─────────────────

WILLIAM GLENN ROGERS,

　　　　　　　　*Petitioner-Appellant*,

　　　*v*.

TONY MAYS, Warden,

　　　　　　　　*Respondent-Appellee*.

No. 19-5427

─────────────────

On Petition for Rehearing En Banc

United States District Court for the Middle District of Tennessee at Nashville;
No. 3:13-cv-00141—Waverly D. Crenshaw, Jr., District Judge.

Decided and Filed:  December 6, 2022

Before:  SUTTON, Chief Judge; MOORE, COLE, CLAY, GIBBONS,
GRIFFIN, KETHLEDGE, STRANCH, THAPAR, BUSH, LARSEN,
NALBANDIAN, READLER, MURPHY, DAVIS, and MATHIS, Circuit Judges.

─────────────────

**COUNSEL**

**ON PETITION FOR REHEARING EN BANC:** J. Matthew Rice, OFFICE OF THE
TENNESSEE ATTORNEY GENERAL, Nashville, Tennessee, for Appellee. **ON RESPONSE:**
Kelley J. Henry, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Nashville, Tennessee,
Kimberly S. Hodde, HODDE & ASSOCIATES, Nashville, Tennessee, for Appellant.

─────────────────

**ORDER**

─────────────────

　　　A majority of the Judges of this Court in regular active service has voted for rehearing en

banc of this case. Sixth Circuit Rule 35(b) provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk